**RYAN W. STITT**
California State Bar No. 273651
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
ryan_stitt@fd.org

Attorneys for Mr. Hernandez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>  </br> Plaintiff, </br>  </br> v. </br>  </br> JESUS HERNANDEZ, </br>  </br> Defendant. | Case No. 13mj2889-RBB-1 </br>  </br>  </br> **NOTICE OF ATTORNEY APPEARANCE** |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Ryan W. Stitt, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as *lead counsel* in the above-captioned case.

Respectfully submitted,

Dated: July 31, 2013
 *s/ Ryan W. Stitt*
Federal Defenders of San Diego, Inc.
*ryan_stitt@fd.org*

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED: July 31, 2013                    */ Ryan W. Stitt*
                                        **RYAN W. STITT**
                                        Federal Defenders of San Diego, Inc.
                                        Attorney for Mr. Hernandez