**FILED**
Aug 27 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ vickyl  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. '13 CR3142 WQH |
|---|---|
| Plaintiff, | ) I N F O R M A T I O N |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| JESUS HERNANDEZ, | ) 960 - Importation of |
| | ) Methamphetamine (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about July 29, 2013, within the Southern District of California, defendant JESUS HERNANDEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/27/13.

LAURA E. DUFFY
United States Attorney

BRIAN E. KASPRZYK
Assistant U.S. Attorney

BEK:rm:San Diego
8/22/13