AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA             **WAIVER OF INDICTMENT**

         v.

JESUS HERNANDEZ                    CASE NUMBER: __13 CR 3142- WQH__

     I, JESUS HERNANDEZ, the above named defendant, who is accused

of committing the following offense:

     Importation of Methamphetamine, in violation of Title 21,
     United States Code, Sections 952 and 960 (Felony),

being   advised   of   the   nature   of   the   charge(s),   the

proposed information, and of my rights, hereby waive in open court

on ___8/27/13_____ prosecution by indictment and consent

that  the  proceeding  may  be  by  information  rather  than  by

indictment.

FILED

AUG 2 7 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

Defendant

Counsel for Defendant

Before _____
       Judicial Officer