LAURA E DUFFY
United States Attorney
MICHAEL J. HEYMAN
Assistant United States Attorney
California State Bar No. 218147
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel. No.: (619) 546-9615
E-mail: michael.heyman@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13CR3142-WQH |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| JESUS HERNANDEZ, | |
| Defendant | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Michael J. Heyman, Assistant United States Attorney, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss, *without* prejudice, the Information against the above-named defendant in the interest of justice.

DATE: November 12, 2013               Respectfully submitted,

                                      LAURA E. DUFFY
                                      United States Attorney

                                      */s/ Michael J. Heyman*
                                      Michael J. Heyman
                                      Assistant United States Attorney

```
LAURA E DUFFY
United States Attorney
MICHAEL J. HEYMAN
California Bar No. 218147
Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9615
Email: michael.heyman@usdoj.gov

Attorneys for the United States
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 13CR3142-WQH |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JESUS HERNANDEZ, | |
| Defendant | |

　　IT IS HEREBY CERTIFIED that:

　　I, Michael J. Heyman, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action.  I have caused service of the UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　1.　Ryan Stitt, Esq., Counsel for Defendant

　　I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2013　　　　/s/ *Michael J. Heyman*_____
　　　　　　　　　　　　　　　　　　　　Michael J. Heyman