# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 13CR3142-WQH |
| vs ) | ABSTRACT OF ORDER |
| Jesus Hernandez ) | Booking No. 39691298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __11/12/13__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

William Q. Hayes

UNITED STATES ~~MAGISTRATE~~ JUDGE
District
OR
W. SAMUEL HAMRICK, JR.   Clerk
by
S. Rogers
Deputy Clerk

Received _____
DUSM

S. ROGERS

Crim-9   (Rev. 8-11)

☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY